## CINCINNATI, NEWPORT & COVINGTON RAILWAY COMPANY, Appellant, v. CITY OF CINCINNATI, OHIO, Russell Wilson, Mayor of Cincinnati, Clarence A. Dykstra, City Manager of Cincinnati, and John D. Ellis, City Attorney of Cincinnati, Appellees.

No. 7179.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1937.

John Weld Peck, Frank M. Tracy, and C. S. Weakley, all of Cincinnati, Ohio, Chester J. Gerkin, of New York City, Charles W. Milner, of Louisville, Ky., and Matt Herold, of Newport, Ky., for petitioner.

John D. Ellis and Leonard Shore, both of Cincinnati, Ohio, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

HICKS, Circuit Judge.

This cause was heard on the transcript and briefs and was argued by counsel. On consideration whereof, it is now here ordered and adjudged that the decree of the District Court dismissing the bill in equity be and the same is affirmed, upon the authority of City of Covington, Ky. v. Cincinnati, N. & C. Ry. Co., 71 F.(2d) 117; and Cincinnati, N. & C. Ry. Co. v. City of Cincinnati, Ohio, 71 F.(2d) 124.

## CINCINNATI SOAP COMPANY v. UNITED STATES of America.

No. 7607.

Circuit Court of Appeals, Sixth Circuit.

June 28, 1937.

Moulinier, Bettman & Hunt, of Cincinnati, Ohio, for appellant.

Francis C. Canny, of Cincinnati, Ohio, for appellee.

Before HICKS and ALLEN, Circuit Judges.

HICKS, Circuit Judge.

It appearing to the court from the certified copy of judgment of the Supreme Court filed herein that the judgment of the District Court for the Southern District of Ohio is affirmed and the cause remanded to said District Court; on consideration whereof, it is ordered that the appeal herein be and the same is dismissed, and the cause remanded to the District Court for further proceedings consistent with the mandate and opinion of the Supreme Court.